**STATE of Missouri, Respondent,**

v.

**Leon M. LESMEISTER, Appellant.**

**No. ED 79569.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 19, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 2002.

Application for Transfer Denied
June 25, 2002.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES R. DOWD, C.J., GARY M. GAERTNER, SR., J., and CLIFFORD H. AHRENS, J.

ORDER

PER CURIAM.

Appellant, Leon M. Lesmeister ("appellant"), appeals the judgment of the Circuit Court of St. Charles County, following a jury trial, finding him guilty of two counts of statutory sodomy in the second degree, section 566.064, RSMo 2000. Appellant was sentenced to consecutive terms of five years imprisonment on each count. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).